EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>510-2016-04251 |
|---|---|---|

Florida Commission On Human Relations _____ and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Mary Harris | ~~(305) 461-5040~~ 786 404-1007 | 1967 |

| Street Address | City, State and ZIP Code |
|---|---|
| 3311 Oak Ave., Coconut Grove, FL 33133 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| JACKSON HOSPITAL AMBULATORY CLINIC | 500 or More | (786) 466-4083 |

| Street Address | City, State and ZIP Code |
|---|---|
| 1009 Nw 5th Ave, Miami, FL 33133 | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☒ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 03-17-2014    Latest: 12-07-2016

☒ CONTINUING ACTION

THE PARTICULARS ARE (*If additional paper is needed, attach extra sheet(s)*).

I am a qualified African-American Individual. I have been employed by the Respondent since December 2006. I have been located at the Jefferson Reeves Clinic since March 17, 2014. Since my transfer, I have continuously been subjected to discrimination in the form of harassment, different terms and conditions of employment, and discipline based upon my race. I have been restricted from performing normal duties such as issuing medicine, obtaining supplies, and other duties under my job description. Secondly, I have been forced to work under less qualified individuals that have lesser positions such as Medical Technicians, which is demeaning. Also, I have been restricted to clerical duties which have inhibited my professional development. Management officials have also attempted to intimidate me with pretextual discipline that led to unwarranted suspensions and have also physically intimidated me by following me in the clinic and being in my personal space. I have complained to Management and Human Resources but no action has been taken and in fact the Director of the Clinic, Rachel Freemen, told me to not send her anymore emails. Since then things have gotten progressively worse and I was placed on administrative leave in retaliation for engaging in a protected activity. These discriminatory actions have been continuous and severe and are still ongoing.

I do not know why I have been subjected to discrimination.

I believe I was discriminated and retaliated against due to my race (African-American/Black) in violation of Title VII of the Civil Rights Act of 1964 as amended and Section 704 (a) of said title.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>December 08, 2016        *[signature] Mary Ellen Harris*<br>Date                Charging Party Signature | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |