EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br><br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| | ☐ FEPA<br>☒ EEOC | 510-2017-01267 |

| Florida Commission On Human Relations | and EEOC |
|---|---|
| *State or local Agency, if any* | |

| Name *(indicate Mr., Ms., Mrs.)*<br>**Ms. Mary Harris** | Home Phone *(Incl. Area Code)*<br>**(305) 461-5040** | Date of Birth<br>**1967** |
|---|---|---|

Street Address: **3311 Oak Ave., Coconut Grove, FL 33133** — City, State and ZIP Code

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name<br>**JACKSON HEALTH SYSTEM** | No Employees Members<br>**201 - 500** | Phone No. *(Include Area Code)*<br>**(305) 585-5720** |
|---|---|---|

Street Address: **1500 N.W. 12th Ave, 1st Floor-Ste 106, Miami, FL 33136** — City, State and ZIP Code

**DISCRIMINATION BASED ON** *(Check appropriate box(es).)*

☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☒ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest **12-21-2016**   Latest **12-21-2016**
☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)).*

I am a qualified Black/African American individual. Subsequent to filing EEOC charge 510-2016-04251 I was terminated in retaliation for engaging in the protected activity of reporting Discrimination.

The reason that I was given for my termination was for pretextual performance and behavioral reasons.

I believe that I was retaliated and discriminated against because of my race (Black), national origin (American) and due to my previous charge of discrimination in violation of Title VII of the Civil Rights Act of 1964, as amended and Section 704 (a) of said title.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| *[signature]* 01/02/20__ Date     *[signature]* Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |